NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000421
30-JUL-2013
08:34 AM

NO. CAAP-13-0000421

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RAYMOND L.M. CARREIRA, Claimant-Appellant, v.
BAE SYSTEMS TECH SERVICES, INC., Employer-Appellee, and
ACE USA/ESIS, Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2012-107(H))
(1-10-00521)

ORDER GRANTING CLAIMANT-APPELLANT'S
JULY 5, 2013 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the letter, filed July 5, 2013,

by Claimant-Appellant Raymond M. Carreira, pro se, which the

court will construe as a motion to dismiss the appeal, pursuant

to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the statement

of no opposition to Appellant's motion to dismiss the appeal,

filed July 9, 2013, by Employer-Appellee BAE Systems, Inc., and

Insurance Carrier-Appellee ACE USA/ESIS, the papers in support

and in response, and the record, it appears that dismissal of

this appeal, docketed June 24, 2013, is warranted. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed, pursuant to HRAP Rule 42(b). The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, July 30, 2013.

Chief Judge

Associate Judge

Associate Judge